IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA,
FORT MYERS DIVISION

In the Matter of:

MIGUEL J RIVERA

CASE No. 9-14-bk-13385-FMD
Chapter 7

_____ Debtor(s)/

## TRUSTEE'S REPORT OF SALE

    Comes now, DIANE L. JENSEN, Trustee in Bankruptcy of the above case, and states that she sold the following at private sale to the above-named Debtor(s):

| Description of Property | Net Sale Amt |
|---|---|
| See column 4 in attached Exhibit A (Asset Worksheet) equity in non-exempt portion of Asset numbers 2, 4, 8, 9 and 10 | $5,915.25 |
|  |  |
|  |  |

    I hereby certify that a true and correct copy of the above and foregoing has been furnished electronic notice upon all parties registered with the Electronic Case Filing System, this May 27, 2015.

/s/ DIANE L. JENSEN            .
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL  33902
(239) 339-2293
(239) 332-2243-fax

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## EXHIBIT A

**Case Number:** 14-13385  
**Case Name:** RIVERA, MIGUEL J

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled Property) | Sequence Code | Petition Value | Asset Number | Adjusted Value Determined by Trustee | Allowed Exemptions | Amount of Secured Liens | Value Determined by Trustee Less Liens and Exemptions | Sales / Funds Received by the Estate | Balance to be Received by the Estate | Aban-doned |
| HOMESTEAD ADDRESS: 840 N FRONDA | A | 17,950.00 | 1 | 17,950.00 | 17,950.00 | | 0.00 | | | FA |
| CASH ON HAND | B-1 | 20.00 | 2 | 20.00 | | | 20.00 | 20.00 | | FA |
| BB&T BANK CHECKING ACCOUNT NO.: | B-2 | 970.49 | 3 | 970.49 | 970.49 | | 0.00 | | | FA |
| LIVING ROOM: COUCH, CENTER TABLE, | B-4 | 1,850.00 | 4 | 1,850.00 | 1,700.00 | | 150.00 | 150.00 | | FA |
| USED CLOTHES AND SHOES, VALUE IS | B-6 | 60.00 | 5 | 60.00 | 60.00 | | 0.00 | | | FA |
| A PISTOL, VALUE IS DEBTORS | B-8 | 300.00 | 6 | 300.00 | 300.00 | | 0.00 | | | FA |
| 2013 JOINT INCOME TAX REFUND | B-18 | 0.00 | 7 | 0.00 | | | 0.00 | | | FA |
| 2006 CHEVROLET EXPRESS G1500 | B-25 | 3,500.00 | 8 | 3,500.00 | 1,000.00 | | 2,500.00 | 2,500.00 | | FA |
| 2000 FORD F-150 XL WORK SERIES EXT | B-25 | 2,500.00 | 9 | 2,500.00 | 54.75 | | 2,445.25 | 2,445.25 | | FA |
| OLD AND USED TOOLS | B-29 | 800.00 | 10 | 800.00 | | | 800.00 | 800.00 | | FA |
| **Totals** | | **27,950.49** | | **27,950.49** | **22,035.24** | **0.00** | **5,915.25** | **5,915.25** | **0.00** | |